UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**AMBER NEUSER,**

      **Plaintiff,**

    v.                          Case No. 25-CV-1275

**NUWAVE, LLC,**

      **Defendant.**

---

### NOTICE OF DISMISSAL

---

Notice is hereby given that the court will dismiss this action 21 days from the date of this notice pursuant to Civil L.R. 41(c) (E.D. Wis.), which rule provides that:

> Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action and Civil L. R. 41(a) or (b) does not apply, the Court may enter an order of dismissal with or without prejudice.

The plaintiff filed this action on August 25, 2025. Proof of service of the complaint was filed with the court on September 29, 2025. A responsive pleading was due from the defendant on October 14, 2025, but to date neither a responsive pleading nor a motion for default judgment has been filed. If the parties are attempting to informally resolve the case or, for other reasons, need an extension of time, they should file an appropriate motion. Otherwise, the case will be dismissed within the time stated.

Dated at Green Bay, Wisconsin this 17th day of November, 2025.

                                              s/ Byron B. Conway
                                              BYRON B. CONWAY
                                              United States District Judge